*PETITION'S* 
*EXHIBIT 1*  CHRISTOPHER MCCLOU (CO-DEFENDANT) → ARREST #4

**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

04446

| Victim Name as on Orignal Report: (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| Kirks, Reginald Lavon | 3/17-18/95 | 12/30/97 2231 |
| Has arrest been made: Yes or No | Date of Arrest: | Offense as Reported: Capital Murder |
| Has warrant/petition been signed: Y or N | Date Warrant/ Petition Signed: | Offense after investigation: Capital Murder |

FOLLOW UP INVESTIGATION

On 12/30/97, Corporal D. Cunningham had criminal history checks done on three black males, Calvin Mays, DOB 6/13/69; Christopher Keith McCloud, DOB 5/15/74; and Antonio Carnell Sanders, DOB 1/31/78. The following is a list of arrests for black male Calvin Mays:

Arrest 1   7/15/87, by the Shelby County Sheriff's Department for Robbery 1st Degree.
Arrest 2   9/8/87, by the Elmore County Sheriff's Department for Robbery 1st Degree.
Arrest 3   5/18/92, by the Montgomery County Sheriff's Department for Probation Violation.
Arrest 4   12/27/95, by the Montgomery County Sheriff's Department for Probation Violation.
Arrest 5   5/17/96, by the Montgomery County Sheriff's Department for Parole Violation.
Arrest 6   9/13/96, by the Montgomery County Sheriff's Department for Certain Persons Forbidden to Carry a Pistol.

The following is a list of arrests for black male Christopher Keith McCloud:

Arrest 1   1/30/93, by the Montgomery County Sheriff's Department for Attempted Murder.
Arrest 2   7/13/93, by the Montgomery County Sheriff's Department for Robbery 1st Degree.
Arrest 3   2/17/96, by the Montgomery County Sheriff's Department for Cocaine Possession.
XArrest 4   4/5/96, by the Montgomery Police Department for Making a False Report.
Arrest 5   by the Montgomery Police Department on 4/21/96 for Assault 3rd Degree.
Arrest 6   5/3/97, by the Montgomery Police Department for unpaid fines.

000120

SCANNED