PETI'NER ANTONIO SANDERS
EXHIBIT 2 (CO-DEFENDANT) ARREST 3 & 5)



04446 (216)                                                                        Page 2

Arrest 7   9/2/97, by the Montgomery County Sheriff's Department for Dangerous Drugs, Possession of a Controlled Substance.

The following is a list of arrests for black male Antonio Carnell Sanders:

Arrest 1   5/1/96, by the Montgomery Police Department for Assault, and Reckless Endangerment.
Arrest 2   8/27/96, by the Montgomery Police Department for Bail Jumping.
X Arrest 3   8/27/96, by the Montgomery Police Department for Making a False Report.
Arrest 4   2/17/97, by the Montgomery County Sheriff's Department for Possession of Marijuana 1st Degree.
X Arrest 5   9/5/97, by the Montgomery County Sheriff's Department for Possession of Marijuana, Making a False Report, and Resisting Arrest.

Show this investigation continuing.

| Unfound | Exc. Cleared | Investigator |
|---|---|---|
| Cleared by Arrest | Inactive | D. Cunningham, 216 |

mwa/C532

000121

EXHIBIT #2

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT AND AFFIDAVIT | THE DISTRICT COURT<br>CASE NO. DC97-6544 |

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared Cpl. D. Cunningham who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County on or about (date) Between 3/17/95 and 3/18/95 one Calvin Mays did intentionally cause the death of reginald Lavon Kirks by Shooting him/her with a Handgun and Calvin Mays cause said death during the time that Calvin Mays was in the course of committing, or attempting to commit a theft of a Cellular Phone the property of Reginald Lavin Kirks by the use of force against the person of Reginald Lavin Kirks , (or against the person of another present, ) with the intent to overcome his physical resistance or physical power of resistance, while the said Calvin Mays was armed with a deadly weapon, to-wit: a Handgun or a dangerous instrument to-wit: in violation of 13A-5-40 (a-2) of the Code of Alabama

Sworn to and Subscribed before me this the 17 day of October, 19 97.

Judge/Clerk/Magistrate of District Court Of Montgomery County, Alabama

Complainant's Signature Cpl. D. C_____ #216

| STATE OF ALABAMA<br>MONTGOMERY COUNTY | WARRANT OF ARREST | THE DISTRICT COURT |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest Calvin Mays and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of MURDER DURING ROBBERY IN THE FIRST DEGREE and have you then and there this writ with your return thereon

Dated this 17 day of October, 19 97.

The Sheriff will take bond in the sum of $ No Bond

Judge/Clerk/Magistrate of District Court Of Montgomery County, Alabama

WARRANT NO. 1895-97

**WARRANT OF ARREST**
THE DISTRICT COURT OF MONTGOMERY COUNTY, ALABAMA

THE STATE OF ALABAMA
v.

I HEREBY CERTIFY THAT THIS _____
WAS SERVED ON _____
Calvin Mays
ON _____
B/M/28

STATE WITNESSES
Cpl. D. Cunningham #216   MPD

ENTERED TERMINALS
DATE 10-20-97 BY SC

DIRECTOR, CRO
DEPT. OF CORRECTIONS
RETURNED CRO

Defendant's Address:
LKA: 5929 Cherryhill Rd.

Race: Black   Sex: Male
DOB: 6/13/69
DL No.: #150299
S.S. Number:
Employment:

Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail

This _____ day of _____, 19 _____

By D. C_____ #216
Deputy Sheriff

EXHIBIT #2

Case # 95-04446              **AFFIDAVIT**              1895-97
**DISTRICT COURT OF MONTGOMERY ALABAMA**

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: CAPITAL MURDER

Defendant's Name: Calvin Mays    B/M                 D.O.B. 6/13/69

Defendant's Address: Last Known: 5929 Cherryhill Road Montgomery, Alabama

Date & Time of Offense: Between 3/17/95 2330 hours-3/18/95 1109 hours

Place of Occurance: 4552 Gordon Ct. Montgomery, Alabama

Person or Property Attacked: Reginald Lavon Kirks

How Attacked: Robbed and shot to death.

Damage Done or Property Attacked: _____

Value of Property: _____

Details of Offense:
On Saturday, 3/18/95 at approximately 1109 hours, B/M Reginald Lavon Kirks was found shot to death in his residence at 4552 Gordon Court. Kirks cellular phone was also taken from his residence.

On 09/09/97 B/M Calvin Mays gave a confession to his part of the offense, and implicated B/M Antonio Sanders, and B/M Christopher McCloud as being with him when this offense was committed. A witness also gave a statement to witnessing the defendants with a large amount of marijuana, and to them discussing the robbery, and shooting.

This offense occurred in Montgomery City, Montgomery County, Alabama, and is in violation of section 13A-5-40 of the code of Alabama, against the peace and dignity of people of Alabama.

I make this affidavit for the purpose of securing a warrant against the said Calvin Mays    B/M    . I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me this 17th day of October 19 97.

Cpl. D. C_____ #216
Complainant

_____
Judge - Clerk - Magistrate

RETURN TO CRO

WITNESSES: (Name, Address, Telephone Number)

1) Cpl. D. Cunningham #216 MPD/Detective Div. 241-2963
2) _____
3) _____