April 19, 2006

Alabama State Bar
415 Dexter Avenue
P.O. Box 671
Montgomery, AL. 36101



Dear General Counsel

I, Calvin Mays is writting this letter asking permission requesting information on <u>Ola B. Johnson</u> /or <u>Ola B. Johns</u>, the date he or she became a member of the Alabama State Bar to practice law in the state of Alabama, and his or her's address.

Thanks in advance for your understanding in this matter at hand.

P.S. Need this information soon as possible (ASAP) Thanks in advance

The Alabama State Bar has no record of an attorney by the name of Ola B. Johnson or Ola B. Johns.

c: Inmate copy filed;

Respectfully Submitted

Calvin Mays   #150299
                    KCB-168
P.O. Box 150
Mt. Meigs, AL. 36057