IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

2006 SEP 21 A 9:35

[CLERK STAMP: U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

CALVIN MAYS, JR.,
PLAINTIFF,

V.                                                        CIVIL ACTION NO# CV-2:06CV532-ID

OLA B. JOHNSON, ET AL.,
DEFENDANTS

## NOTICE OF ADDRESS CHANGE

COMES NOW CALVIN MAYS, JR. [HEREIN AFTER PLAINTIFF] IN THE ABOVE STYLE CAUSE REQUEST THE COURT FOR A COPY OF ALL DOCUMENTS IN THE ABOVE CAUSE AND SHOWS THE FOLLOWING:

1) PLAINTIFF IS IN MONTGOMERY COUNTY JAIL, ADDRESS IS: CALVIN MAYS, JR. #19733 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, AL. 36103

2) PLAINTIFF IS NOT, ALONG WITH OTHER INMATES TO HAVE LEGAL COURT DOCUMENTS IN CELLS.

3) Plaintiff is not able to respond to any allegations that were filed against him or filed any responds to Defendants.

Wherefore Plaintiff prays that this Honorable Court will consider this motion, due to Plaintiff's address change

Done this the 20th day of September, 06

Calvin Mays, Jr. #19733 M.C.D.F.
P.O. Box 4599
Montgomery, AL. 36103

### Certificate of Service

I Calvin Mays, Jr. Hereby certify that this motion have been place in the hands of a Montgomery County Detention Officer hand and address to the United States District Court for the Middle District P.O. Box 711, Montgomery, AL. 36101.

Done this the 20th day of September, 06

Calvin Mays, Jr. #19733 M.C.D.F.
P.O. Box 4599
Montgomery, AL. 36103