IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN MAYS, JR., #150299, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-532-ID |
| ) | |
| OLA B. JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on September 21, 2006 (Court Doc. No. 12), which the court construes to contain a motion for copies of all documents filed in this case, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks copies of the written opinions entered in this case.

2. This motion be and is hereby DENIED in all other respects.

The Clerk is hereby DIRECTED to provide copies of the following documents to the plaintiff: (i) the order entered on June 30, 2006 granting him leave to proceed *in forma pauperis* (Court Doc. No. 3), (ii) the Recommendation entered on June 30, 2006 (Court Doc. No. 4); (iii) the order and final judgment entered on July 27, 2006 (Court Doc. No. 6 and Court Doc. No. 7); (iv) the order entered on August 15, 2006 denying leave to proceed *in forma pauperis* on appeal (Court Doc. No. 9), and (v) the order entered on

August 22, 2006 requiring payment of the $455.00 fee for filing the notice of appeal.

    Done this 27th day of September, 2006.

                                       /s/ Vanzetta Penn McPherson  
                                       UNITED STATES MAGISTRATE JUDGE