

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14416-I

CALVIN MAYS, JR.,

Plaintiff-Appellant,

versus

OLA B. JOHNSON,
DERRICK CUNNINGHAM,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before **TJOFLAT, ANDERSON** and **BARKETT, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated October 13, 2006. Upon reconsideration, appellant's motion for leave to proceed is DENIED and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B); Heck v. Humphrey, 512 U.S. 477, 486-87, 114 S.Ct. 2364, 2372, 129 L.Ed.2d 383 (1994); Dukes v. Smitherman, 32 F.3d 535, 537 (11th Cir. 1994); Ala. Code § 6-2-38(1).