```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000146
Cashier ID: brobinso
Transaction Date: 08/15/2007
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:         $29.00
------------------------------------
CHECK
 Check/Money Order Num: 7324
 Amt Tendered:   $29.00
------------------------------------
Total Due:       $29.00
Total Tendered:  $29.00
Change Amt:       $0.00
```