```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000548
Cashier ID: brobinso
Transaction Date: 09/27/2007
Payer Name: KILBY CORRECTIONAL FACILITY
```
---
```
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:         $12.00
```
---
```
CHECK
 Check/Money Order Num: 7560
 Amt Tendered:  $12.00
```
---
```
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```

APPEAL FEE