```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002744
Cashier ID: christin
Transaction Date: 01/03/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:         $15.00
------------------------------------
CHECK
 Remitter: KILBY CORRECTIONAL FACILITY
 Check/Money Order Num: 8144
 Amt Tendered:  $15.00
------------------------------------
Total Due:      $15.00
Total Tendered: $15.00
Change Amt:     $0.00
```