

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004360
Cashier ID: khaynes
Transaction Date: 03/18/2008
Payer Name: KILBY CORRECTIONAL FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:        $10.00
--------------------------------------
CHECK
 Check/Money Order Num: 8588
 Amt Tendered:   $10.00
--------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:      $0.00