```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004915
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYES
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:         $15.00
------------------------------------
CHECK
 Check/Money Order Num: 9008
 Amt Tendered:   $15.00
------------------------------------
Total Due:       $15.00
Total Tendered:  $15.00
Change Amt:      $0.00
```