```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005368
Cashier ID: brobinso
Transaction Date: 06/04/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: CALVIN MAYS JR
  Case/Party: D-ALM-2-06-CV-000532-001
  Amount:         $10.00
------------------------------------
CHECK
  Check/Money Order Num: 9253
  Amt Tendered:   $10.00
------------------------------------
Total Due:        $10.00
Total Tendered:   $10.00
Change Amt:       $0.00

APPLY TO APPEALS FEES
```