A

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005939
Cashier ID: khaynes
Transaction Date: 07/31/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:         $26.00
------------------------------------
CHECK
 Check/Money Order Num: 9682
 Amt Tendered:   $26.00
------------------------------------
Total Due:      $26.00
Total Tendered: $26.00
Change Amt:      $0.00
```