```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006322
Cashier ID: khaynes
Transaction Date: 09/03/2008
Payer Name: KILBY CORRECTIONAL FACILITY
------------------------------------------------
PLRA CIVIL FILING FEE
 For: CALVIN MAYS JR
 Case/Party: D-ALM-2-06-CV-000532-001
 Amount:        $14.00
------------------------------------------------
CHECK
 Check/Money Order Num: 9902
 Amt Tendered:  $14.00
------------------------------------------------
Total Due:       $14.00
Total Tendered:  $14.00
Change Amt:      $0.00
```